**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 437 EAL 2021

                Respondent           :

                                       :  Petition for Allowance of Appeal

                                         :  from the Order of the Superior Court

             v.                         :

                                         :

DARRYL YOUNG,                     :

                                         :

                Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.